UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Waldimar Kowalec Jr and Marie E. Kowalec

Plaintiff,

v.

Hamilton Township Police Department,

John Doe Police Officers 1–10,

Township of Hamilton,

Defendants.

Civil Action No:

COMPLAINT

JURY TRIAL DEMANDED

INTRODUCTION

1. This is a civil rights action under 42 U.S.C. § 1983 and the New Jersey Civil Rights Act for excessive force and unreasonable seizure during a police raid on March 14, 2024.

JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question) and 42 U.S.C. § 1983.

3. Venue is proper in this District because the events occurred in Mercer County, New Jersey.PARTIES

4. Plaintiff Waldimar Kowalec Jr and Marie E. Kowalec reside in Hamilton Township, Mercer County, New Jersey.

5. Defendant Hamilton Township Police Department is a municipal police department in Mercer County, New Jersey.

6. Defendants John Doe Police Officers 1–10 are officers of the Hamilton Township Police Department who participated in the raid on March 14, 2024 (names to be determined through discovery).

7. Defendant Township of Hamilton is a municipal entity in Mercer County, New Jersey.

FACTS

8. On March 14, 2024, dozens of armed SWAT officers executed a warrant at our home in Hamilton Township for alleged suspicion of child endangerment material which were in a Dropbox account which was already preserved/frozen.

9. Officers used directed tactical military-level force and excessive dynamic entry which caused property

damage, and pointed automatic assault weapons at Marie Kowalec (waking her from sleep) as well as our son Nicholas Kowalec.

10. Marie Kowalec was forced outside and pinned against the wall at gunpoint unable to observe the officers entry upon our property.

11. No signed warrant was ever shown. No list of property taken was left at the residence, which the warrant clearly states must be done.    Officers took items not listed on the warrant inventory, including 2 of Nicholas Kowalec's professional XP-Pen drawing tablets and ASUS laptop (used for his livelihood as an illustrator). In addition there was damage to our front door frame and related hardware, porch lights, window air conditioner. Our entire home was ransacked and left in disarray.

12. The Mercer County prosecutor later stated on the record with regards to our son Nicholas Kowalec : "cannot prove he is a threat to society."

13. Marie Kowalec deals with emotional trauma, PTSD and anxiety on a daily basis as a result of the raid

CLAIMS

Count 1: 42 U.S.C. § 1983 – Excessive Force / Unreasonable Seizure (against all defendants)

14. Defendants violated plaintiff's Fourth Amendment rights by using excessive force and executing an unreasonable seizure during the March 14, 2024 raid.

Count 2: New Jersey Civil Rights Act (NJCRA) – Violation of State Constitutional Rights (against all defendants)

15. Defendants violated plaintiff's rights under the New Jersey Constitution (Article I, Paragraph 7) by the same conduct.

PRAYER FOR RELIEF

WHEREFORE, plaintiff demands judgment against defendants for:

a. Compensatory damages;

b. Punitive damages;

c. Attorney fees and costs (if counsel is retained);

d. Such other relief as the Court deems just.JURY DEMAND

Plaintiff demands a trial by jury on all issues triable by jury.

Respectfully submitted,

/s/

Waldimar Kowalec Jr.

Marie E. Kowalec

9 McCoy Avenue

Hamilton Township, NJ 08619

Phone: (609) 586-0507

Email: wmnkk4@msn.com

Date: March 12, 2026